JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. JOHNSON, | ) Case No. CV 15-751-R (PJW) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| WILSON TOWING, LLC, ET AL., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: September 1, 2015

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\judgment-towing.wpd